UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KOEUN LEE<br><br>              Plaintiff,<br><br>- against-<br><br><br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, a government agency,<br><br>              Defendant | Case No.:<br><br><br><br><br>EXHIBIT A |

**TABLE OF CONTENTS**

1. Field office decision of August 10, 2020 denying Ms. Lee's Form I-485: 1-6

2. Field office decision of April 10, 2020, denying Ms. Lee's Form I-601, Application for Waiver of Grounds of Inadmissibility: 7-14

3. Administrative Appeals Office decision of March 24, 2021, affirming denials of Forms I-485 and I-601: 16-19

4. Record of Sworn Statement in Administrative Proceedings: 20-23

5. Form I-485 as filed. 24-41

6. Ms. Lee's Form I-94 for entry of October 27, 2018: 42

7. List of Ms. Lee's arrivals to and departures from the United States: 43.

8. Ms. Lee's employment authorization documents: 44

9. Evidence of Ms. Lee's parole: 45

Respectfully Submitted this 30th day of April, 2020.

/s/ *Michael E. Piston*

Michael E. Piston
Attorney for Plaintiff
Transnational Legal Services P.C.
1955 W. Hamlin Rd. Ste 100
Rochester Hills, MI 483
09
646-845-9895
Fx: 206-770-6350